Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

Western Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 15 2017

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

| | |
|---|---|
| Robert L. Copeland, Jr. Tr FBO Robert L. Copeland Living Trust, under Trust Agreement dated the 3rd of December, 2015 | Case No. 4:17-cv-834-SWW (to be filled in by the Clerk's Office) |
| *Plaintiff(s)* (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: (check one) ☐ Yes ☐ No |
| -v- | |
| SST Management, LLC and not limited to SST Management along with others not mentioned as of yet | |
| *Defendant(s)* (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | This case assigned to District Judge Wright and to Magistrate Judge Deere |

## COMPLAINT FOR A CIVIL CASE

I.  The Parties to This Complaint

    A.  The Plaintiff(s)

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

        | | |
        |---|---|
        | Name | Robert L. Copeland, Jr. Tr FBO Robert L. Copeland Living Trust |
        | Street Address | P. O. Box 1232 |
        | City and County | Melbourne |
        | State and Zip Code | Arkansas 72556 |
        | Telephone Number | 501-804-5950 |
        | E-mail Address | robert.l.copeland@icloud.com |

    B.  The Defendant(s)

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name: STATE STREET MANAGEMENT, LLC
    Job or Title (if known):
    Street Address: #1 Lincoln
    City and County: Boston
    State and Zip Code: MA 02111
    Telephone Number: 617-786-3000
    E-mail Address (if known): www.statestreet.com

Defendant No. 2

    Name: State Street Bank & Trust, Attention William Connolly, Attorney
    Job or Title (if known): Attorney
    Street Address: #1 Lincoln
    City and County: Boston
    State and Zip Code: MA 02111
    Telephone Number: 617-664-5162
    E-mail Address (if known): www.statestreet.com

Defendant No. 3

    Name: TD Ameritrade
    Job or Title (if known):
    Street Address: 200 S. 108th Avenue
    City and County: Omaha
    State and Zip Code: Nebraska 68154
    Telephone Number: 817-490-2050
    E-mail Address (if known): www.TDAmeritrade.com

Defendant No. 4

    Name: TD Ameritrade Futures & FOREX, LLC
    Job or Title (if known):
    Street Address: 600 W Chicago Avenue, Suite 100
    City and County: Chicago
    State and Zip Code: Ill 60654-2597
    Telephone Number: 773-435-3210
    E-mail Address (if known): www.TD Ameritrade.com

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title 18, U.S. Code  Code 1341 - Frauds and Swindles
U.S. Code 1344 - Bank Fraud

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SST Management, LLC and its affiliates consolidated and confederated to conspire to defraud me of 2.4 to 3. Billion dollars. ($2,400,000,000.00 - $3,000,000,000.00).

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I want my money. I want to be repaid lost assets and currencies along with legal fees and any punitive damages this court deems befitting due to the gross negligences of the aforementioned entities above.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.   For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   12/15/2017

Signature of Plaintiff   _[signature]_
Printed Name of Plaintiff   Robert L. Copeland, Jr. Tr FBO Robert L. Copeland Living Trust

**B.   For Attorneys**

Date of signing:   _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Street Address   _____
State and Zip Code   _____
Telephone Number   _____
E-mail Address   _____